1

**HALL & EVANS, LLC**

2

KURT R. BONDS, ESQ.
Nevada Bar No. 6228

3

MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183

4

TANYA M. FRASER, ESQ.
Nevada Bar No. 13872

5

1160 North Town Center Drive
Suite 330

6

Las Vegas, Nevada 89144
(702) 998-1022

7

nvefile@hallevans.com

8

*Attorneys for Wal-Mart, Inc.*

9

UNITED STATES DISTRICT COURT

10

FOR THE DISTRICT OF NEVADA

11

MORENA MORROW, an individual,

Case No.  2:23-CV-01125-CDS-EJY

12

Plaintiff,

13

v.

14

15

WAL-MART, INC., a Foreign Corporation;
M&D Group, LLC, a Nevada Limited Liability
Company; DOE MANAGER; DOE & ROE
EMPLOYEES; DOE & ROE EMPLOYERS;
DOE OWNERS I-V; ROE OWNERS I-V;
ROE EMPLOYERS I-V; DOES I-V;
and ROE COMPANIES I-V, inclusive,

**STIPULATION AND ORDER TO EXTEND
DISCOVERY PLAN AND SCHEDULING
ORDER**

16

17

**(SECOND REQUEST)**

18

19

Defendants.

20

21

        COMES NOW Plaintiff, MORENA MORROW, by and through her attorney of record,

22

ERIC R. BLANK, ESQ. and HARRY V. PEETRIS, ESQ. of ERIC BLANK INJURY

23

ATTORNEYS, and Defendant, WAL-MART, INC. ("Defendant" or "Walmart") by and through

24

its attorneys of record, KURT R. BONDS, ESQ., MADISON M. AGUIRRE, ESQ., and TANYA

25

M. FRASER, ESQ., of HALL & EVANS, LLC, and hereby submit this Stipulation and Order to

26

Extend Discovery Plan and Scheduling Order (First Request) pursuant to LR IA 6-1 and LR 26-3

27

as follows:

28

. . .

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

# I.

## PROCEDURAL HISTORY

On June 8, 2023, Plaintiff filed her Complaint against Defendant WAL-MART, INC. with the Eighth Judicial District Court for Clark County, Nevada. On June 28, 2023, Walmart filed its Answer to Plaintiff's Complaint. On July 13, 2023, Plaintiff filed her Request for Exemption from Arbitration in which she outlined her claimed injuries and alleged damages. On July 18, 2023, Defendant filed its Petition for Removal and removed the matter to this Court based on diversity jurisdiction. On July 20, 2023, Defendant filed its Statement Regarding Removal. The parties participated in the Fed. R. Civ. P. 26(f) conference on August 11, 2023, and their proposed Joint Discovery Plan and Scheduling Order was entered by this Court on July 12, 2023.

# II.

## DISCOVERY COMPLETED

**To date, Plaintiff has completed the following discovery:**

- Plaintiff's FRCP 26 Initial Disclosure, served September 27, 2023;
- Plaintiff's First Set of Interrogatories to Defendant, served August 15, 2023;
- Plaintiff's First Set of Requests for Production to Defendant, served August 15, 2023;
- Plaintiff's First Set of Requests for Admissions to Defendant, served August 15, 2023;

**To date, Defendant has completed the following discovery:**

- Defendant's FRCP 26 Initial Disclosure, served November 17, 2023;
- Defendant's Answers to Plaintiff's First Set of Interrogatories to Defendant, served November 14, 2023;
- Defendant's Responses to Plaintiff's First Set of Requests for Production to Defendant, served November 14, 2023;
- Defendant's Responses to Plaintiff's First Set of Requests for Admissions to Defendant, served November 14, 2023;
- Defendant's First Set of Interrogatories to Plaintiff, served on November 17, 2023;
- Defendant's First Set of Requests for Production of Documents to Plaintiff, served on November 17, 2023; and

KRB/20147-48

- Defendant's First Set of Requests for Admissions to Plaintiff, served on October 19, 2023.

### III.

### DISCOVERY REMAINING TO BE COMPLETED

- Deposition of Plaintiff;
- Deposition of Defendant's employee(s);
- Deposition of Defendant's corporate representative(s);
- Depositions of Plaintiff's treating providers;
- Depositions of percipient witnesses;
- Initial expert designations;
- Rebuttal expert designations;
- Depositions of Initial and Rebuttal Experts;
- Additional written discovery.

Good cause exists to continue the current Discovery Plan and Scheduling Order. The parties have diligently worked to move the case forward and are coordinating private mediation in an attempt to resolve this matter prior to disclosure of expert opinions, the deadline for which is currently December 18, 2023. The parties have also been working to negotiate parameters for a site inspection and to schedule the depositions of the parties, but have experienced delays arising from scheduling conflicts. The parties have tentatively agreed to schedule mediation to occur in January 2024 and the site inspection to occur shortly thereafter, in the event resolution is not obtained, and are awaiting final availability of their experts. The depositions of the parties are also expected to be completed in mid to late January 2024, if needed. As such, the parties agree that an additional 90 days is needed to gather relevant evidence prior to disclosing expert opinions. No trial date has been set in this matter and neither party will be prejudiced by the requested extension.

### IV.

### ~~PROPOSED~~ DISCOVERY SCHEDULE AND TRIAL DATE

|  | Current Date | ~~Proposed~~ Date |
|---|---|---|
| Discovery Cut-Off: | 02/14/2024 | **05/14/2024** |

3

KRB/20147-48

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

| | | |
|---|---|---|
| Motions to Amend Pleadings / Add Parties: | CLOSED | **CLOSED** |
| Initial Expert Disclosures: | 12/18/2023 | **03/18/2024** |
| Rebuttal Expert Disclosures: | 01/17/2024 | **04/16/2024** |
| Dispositive Motions: | 03/16/2024 | **06/14/2024** |
| Joint Pre-Trial Order: | 04/14/2024 | **07/15/2024** |

This is the second request for an extension of time in this matter and no trial date will be impacted by the extension as no such trial date has been set. The parties submit that the reasons set forth above constitute good cause for the requested extension.

DATED this 30th day of November, 2023.        DATED this 30th day of November, 2023.

**ERIC BLANK INJURY ATTORNEYS**        **HALL & EVANS, LLC**

/s/Harry V. Peetris                      /s/Kurt R. Bonds
Eric R. Blank, Esq.                      KURT R. BONDS, ESQ.
Nevada Bar No. 06910                     Nevada Bar No. 6228
Harry V. Peetris, Esq.                   MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 06448                     Nevada Bar No. 16183
7860 W. Sahara Avenue, Suite 110         TANYA M. FRASER, ESQ.
Las Vegas, Nevada 89117                  Nevada Bar No. 13872
*Attorneys for Plaintiff*                1160 North Town Center Drive, Ste 330
                                         Las Vegas, Nevada 89144
                                         *Attorneys for Wal-Mart, Inc.*

**ORDER**

IT IS SO ORDERED:

December 1, 2023

DATE                                     UNITED STATES MAGISTRATE JUDGE

SUBMITTED this 30th day of November, 2023.

HALL & EVANS, LLC

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
1160 North Town Center Drive, Ste 330
Las Vegas, Nevada 89144
(702) 998-1022
*Attorneys for Wal-Mart, Inc.*

4                                        KRB/20147-48