UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Morena Morrow,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>Wal-Mart, Inc., et al.,<br><br>　　　　　Defendants | Case No. 2:23-cv-01125-CDS-EJY<br><br>**Order Dismissing Defendant from Case** |

　　　This action was removed on July 18, 2023. ECF No. 1. On November 1, 2023, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to M&D Group, Inc. was filed by December 1, 2023, the court would enter an order of dismissal. ECF No. 12. The deadline has now passed, and no proof of service has been filed.

　　　IT IS THEREFORE ORDERED that M&D Group, LLC is dismissed, without prejudice, from this action.

　　　DATED: December 14, 2023

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　United States District Judge