1  **HALL & EVANS, LLC**
   KURT R. BONDS, ESQ.
2  Nevada Bar No. 6228
   TANYA M. FRASER, ESQ.
3  Nevada Bar No. 13872
4  1160 North Town Center Drive
   Suite 330
5  Las Vegas, Nevada 89144
   (702) 998-1022
6  nvefile@hallevans.com
7  *Attorneys for Wal-Mart, Inc.*

8              UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF NEVADA

10 | MORENA MORROW,                    | Case No.  2:23-cv-01125-CDS-EJY
11 |         Plaintiff                 | **STIPULATION TO DISMISS WITH PREJUDICE**
12 | v.
13 | WAL-MART, INC.,
14 |         Defendant

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MORENA MORROW and Defendant WAL-MART, INC., by and through their respective counsel of record, that the claims asserted by Plaintiff MORENA MORROW against Defendant WAL-MART, INC. be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

    . . .

    . . .

    . . .

    . . .

Accordingly, the parties request that all related deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

DATED this 18th day of February, 2025.  DATED this 18th day of February, 2025.

ERIC BLANK INJURY ATTORNEYS    HALL & EVANS, LLC.

*/s/ Harry V. Peetris*
Eric R. Blank, Esq.
Nevada Bar No. 06910
Harry V. Peetris, Esq.
Nevada Bar No. 06448
7860 W. Sahara Avenue, Suite 110
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

*/s/ Kurt R. Bonds*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Tanya M. Fraser, Esq.
Nevada Bar. No. 13872
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendant*

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: February 20, 2025

Respectfully submitted by:

HALL & EVANS, LLC

*/s/ Kurt R. Bonds*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Tanya M. Fraser, Esq.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*